**Original filed 2/5/07**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARTEAGA, ) | No. C 06-7238 JF (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| STATE OF CALIFORNIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On November 22, 2006, Plaintiff filed this pro se civil rights complaint pursuant to
42 U.S.C. § 1983.  On that same day, the Court sent a notification to Plaintiff that he
failed to pay the filing fee or submit a completed in forma pauperis application.  The
Court provided a copy of the correct form for application to proceed in forma pauperis,
along with a return envelope, instructions, and a notification that the case would be
dismissed if Plaintiff failed to pay the fee or file a completed  in forma pauperis
application within thirty days.  On December 18 and December 21, 2006, Plaintiff filed
an amended petition and a second habeas corpus petition in this civil rights action.  As of
the date of this order, Plaintiff has not paid the filing fee, nor filed a completed in forma
pauperis application.

\\\

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court notes that Plaintiff is familiar with the Court's rules and requirements for the application to proceed in forma pauperis, as Plaintiff has filed over thirty civil actions with this Court. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or file a completed in forma pauperis application.  The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: __2/5/07_____

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Arteaga238disifp                    2

1   A copy of this ruling was mailed to the following:

2

3   Lorenzo Arteaga
    E-66703
    Santa Clara County Dept. of Corrections
4   885 N. San Pedro Street
    San Jose, CA  95110

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28